**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES,** | : | |
| Plaintiff, | : | |
| | | Case No. CR-2-13-105 |
| vs. | : | |
| | | Judge Edmund A. Sargus, Jr. |
| **ADDISON RICHARDSON** | : | |
| Defendant | : | |

# MOTION FOR COURT ORDER FOR
# DEFENDANT TO OBTAIN MEDICAL TREATMENT

Now comes the defendant, Addison Richardson, through counsel, and respectfully requests this Court to order medical treatment for the defendant. This request is supported by the attached memorandum.

        Respectfully submitted,

        /s/Karen Held Phipps
        Karen Held Phipps (0076282)
        Law Office of Karen Held Phipps, LLC
        Attorney for Defendant
        P.O. Box 20402
        Columbus, OH 43220-0402
        Telephone:   (614) 583-9165
        Facsimile:    (614) 583-9171

KAREN HELD PHIPPS
283 SOUTH THIRD STREET
COLUMBUS, OHIO
43215

PHONE: (614) 583-9165
FAX: (614) 583-9171

## MEMORANDUM IN SUPPORT

The Defendant moves this Honorable Court for an Order to obtain medical treatment. While in custody, it has come to the Defendant's attention that he has a sexually transmitted disease, namely, genital warts. Said treatment for this disease includes medication upon breakout and removal of the warts. Removal cannot occur at the Franklin County Jail and thus will require transport by the US. Marshalls. Defendant has indicated that he will assume all costs associated with this treatment including costs associated with the transport.

Defendant has requested treatment, but was informed that he could not be treated until he arrived to federal prison, there which he would be entitled to treatment for the disease. Under 28 CFR § 551.114 and Program Statement of the Bureau of Prisons 7331.04, a "pretrial inmate shall be provided with the same basic medical (including dental), psychiatric, and psychological care provided to convicted inmates." Based upon these provisions, Defendant should be entitled to treatment for his medical disease as he would be if he had been already convicted.

Based upon the foregoing reason, Defendant respects a Court Order allowing him to obtain treatment for his medical disease. Defendant acknowledges he will be responsible for all costs associated with procuring said treatment.

Respectfully submitted,

/s/Karen Held Phipps
Karen Held Phipps (0076282)
Attorney for Defendant

KAREN HELD PHIPPS
283 SOUTH THIRD STREET
COLUMBUS, OHIO
43215

PHONE: (614) 583-9165
FAX: (614) 583-9171

## CERTIFICATE OF SERVICE

The undersigned acknowledges that the foregoing Motion for a Court Order for Treatment was delivered via electronic filing to Heather Hill, Esq. at the United States Attorney's Office located at 303 Marconi Blvd. Ste. 200, Columbus, Ohio 43215 this 26th day November, 2013.

/s/Karen Held Phipps
Karen Held Phipps (0076282)
Attorney for Defendant

KAREN HELD PHIPPS
283 SOUTH THIRD STREET
COLUMBUS, OHIO
43215

PHONE: (614) 583-9165
FAX: (614) 583-9171

3

KAREN HELD PHIPPS
283 SOUTH THIRD STREET
COLUMBUS, OHIO
43215

PHONE: (614) 583-9165
FAX: (614) 583-9171