# United States District Court
## Northern District of Ohio
### Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

(216) 357-7000

January 14, 2014

Joseph P. Kinneary U.S. Courthouse
Clerk's Office, Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

*CR-2-13-105*
*Judge Sargus*

Re:   Transfer to U.S. District Court, Southern District of Ohio
      USDC Case No. 3:13 CR 293
      Case Name: USA v. Addison Richardson

Dear Clerk:

A Consent to Transfer for Plea and Sentence (Under Rule 20) has been filed in our Court. Enclosed are certified copies of the Indictment, Consent to transfer and docket sheet. Please acknowledge receipt of this by returning a time-stamped copy of this letter. Thank you.

                     Sincerely,
                     Geri M. Smith, Clerk of Court

              By:    /s/Laura Doerfler
                     Deputy Clerk

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43624-1347
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7425

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,               :

      Plaintiff,                        :

vs.                                      :                   Case No.  CR-3-13-293

                                         :                   Judge ZOUHARY

ADDISON RICHARDSON,                      :

      Defendant                         :

---

# CONSENT TO TRANSFER FOR PLEA AND SENTENCE PURSUANT TO FED. R. CRIM. P. 20

---

Defendant Addison Richardson hereby states:

I, Addison Richardson, defendant in above case, wish to plead guilty to the offense of Coercion and Enticement, in violation of 18 U.S.C. § 2422(b), charged in an indictment pending against in the Northern District of Ohio.  I also wish to waive trial in the Northern District where the indictment is pending.  I consent to the disposition of the case in the Southern District of Ohio, where I am under arrest and indicted on additional charges.

Date: 12/16/13

Addison Richardson

Karen Held Phipps ( OH: 0076282)
Counsel for Defendant

KAREN HELD PHIPPS
283 SOUTH THIRD STREET
COLUMBUS, OHIO
43215

PHONE: (614) 583-9165
FAX: (614) 583-9171

The request of the defendant for disposition of this case in the Southern District of Ohio is approved by the following U.S. Attorneys:

Carter M Stewart
U.S. Attorney
Southern District of Ohio

Steven M. Dettelbach
U.S. Attorney
Northern District of Ohio



I hereby certify that this instrument, document, etc. _____ filed on 6/12/13 is a true and correct copy of the electronically filed original.
Northern District of Ohio
U.S. District Court
Attest: Geri M. Smith, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | **JUDGE ZOUHARY** |
| | ) | |
| v. | ) | JUDGE: |
| | ) | **MAG. JUDGE ARMSTRONG** |
| ADDISON R. RICHARDSON | ) | |
| | ) | |
| Defendant. | ) | C.R. No. **3:13 CR 293** |
| | ) | 18 U.S.C. § 2252(a)(2) |
| | ) | 18 U.S.C. § 2422(b) |

COUNT 1

The Grand Jury charges:

From on or about May 14, 2012 to on or about January 22, 2013, in the Northern District of Ohio, Western Division, the defendant, ADDISON R. RICHARDSON, did knowingly receive and distribute one or more visual depictions using a means and facility of interstate and foreign commerce, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

ORIGINAL

## COUNT 2

The Grand Jury charges:

From on or about October 2, 2012 to on or about October 3, 2012, in the Northern District of Ohio, Western Division, the defendant, ADDISON R. RICHARDSON, did knowingly persuade, induce, entice and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, using any facility or means of interstate or foreign commerce, including by computer, in violation of 18 U.S.C. § 2422(b).

Original document—Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

Armstrong, Termed

# U.S. District Court
## Northern District of Ohio (Toledo)
## CRIMINAL DOCKET FOR CASE #: 3:13-cr-00293-JZ All Defendants
### Internal Use Only

Case title: United States of America v. Richardson

Date Filed: 06/12/2013
Date Terminated: 01/14/2014

By: ___
Deputy Clerk
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
I hereby certify that this instrument,
document no. ___ filed on ___ is a true
and correct copy of the electronically filed original.

Assigned to: Judge Jack Zouhary

### Defendant (1)

**Addison R. Richardson**
*TERMINATED: 01/14/2014*

represented by **Karen H. Phipps**
233 South Third Street
Columbus, OH 43215
614-583-9165
Fax: 614-722-7499
Email: karen@khphippslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Haralambos D. Mihas**
Smith Mihas
Ste. 2
2615 West Jefferson Street
Trenton, MI 48183
734-692-3033
Fax: 734-692-3535
Email: hdmihas@smithmihas.com
*TERMINATED: 06/27/2013*
*Designation: CJA Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |

| 18:2252(a)(2): Receipt/Distribution of Child Pornography (1) | Transfer of case for plea and sentence (under Rule 20) to Southern District of Ohio. |
| 18:2422(b): Enticement of Juvenile for Sexual Activity (2) | Transfer of case for plea and sentence (under Rule 20) to Southern District of Ohio. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| None | |

| **Plaintiff** | | |
| **United States of America** | represented by | **Alissa M. Sterling** |
| | | Office of the U.S. Attorney - Toledo |
| | | Northern District of Ohio |
| | | Ste. 308 |
| | | 433 North Summit Street |
| | | Toledo, OH 43604 |
| | | 419-241-0727 |
| | | Fax: 419-259-6360 |
| | | Email: alissa.sterling@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | *Bar Status: Active* |

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/12/2013 | 🔒 1 | **Indictment** filed by USA as to Addison R. Richardson (1) count(s) 1, 2. (Attachments: # 1 Signature Page, # 2 Designation Form, # 3 Penalty Sheet) (L,A) (Entered: 06/12/2013) |
| 06/12/2013 | | **Order** (non-document) Referring Case to Magistrate Judge Vernelis K. Armstrong as to Addison R. Richardson. Judge Jack Zouhary on 06/12/2013. (L,A) (Entered: 06/13/2013) |
| 06/12/2013 | 🔒 | (Court only) FEDERAL custody; Address of Defendant: Addison R. Richardson, 1055 Perry Chapel Rd., Lima, OH 45804. (L,A) (Entered: 06/13/2013) |
| 06/21/2013 | 2 | **IMPORTANT:** Notice as to Addison R. Richardson. Arraignment set for 7/24/2013 at 02:00 PM in Courtroom 224 before Magistrate Judge Vernelis |

| | | | |
|---|---|---|---|
| | | | K. Armstrong. (Summons issued) (Writ to be filed/issued)(B,CJ) (Entered: 06/21/2013) |
| 06/24/2013 | | 3 | **Motion** for Writ of Habeas Corpus ad Prosequendum by United States of America as to Addison R. Richardson. (Attachments: # 1 Proposed Order) (Sterling, Alissa) Modified text on 6/26/2013 (M,L). (Entered: 06/24/2013) |
| 06/24/2013 | 🔒 | 4 | (Court only) Proposed Writ of Habeas Corpus ad Prosequendum as to Addison R. Richardson Related Document 3 **Motion** for Writ (Sterling, Alissa) Modified text on 6/26/2013 (M,L). (Entered: 06/24/2013) |
| 06/24/2013 | | | CJA 20 Appointment of Attorney Haralambos Dimitrios Mihas for Addison R. Richardson. Magistrate Judge Vernelis K. Armstrong on 6/24/13. (B,CJ) (Entered: 06/24/2013) |
| 06/24/2013 | | 5 | **Order** as to Addison R. Richardson re 3 granting **Application** for Writ filed by United States of America. Arraignment set for 7/24/2013 at 2:00 PM in Courtroom 224 before Magistrate Judge Vernelis K. Armstrong. Magistrate Judge Vernelis K. Armstrong on 6/24/13. (B,CJ) (Entered: 06/24/2013) |
| 06/24/2013 | 🔒 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Addison R. Richardson for Arraignment on 7/24/13 at 2:00 p.m. before Magistrate Judge Vernelis K. Armstrong. Original and 3 certified copies issued to U.S. Marshal on 6/24/13. (B,CJ) (Entered: 06/24/2013) |
| 06/25/2013 | | | **Notice** to Attorney Haralambos Dimitrios Mihas. The Court finds no record of your being admitted to practice in the Northern District of Ohio. Pursuant to LCrR 57.5, an Application for Admission to Practice or a Motion to be Admitted Pro Hac Vice in this case must be filed within 10 business days. The local rules and the attorney admission application are available on the court's web site at: www.ohnd.uscourts.gov. If you are not the attorney of record in this case, a Motion to Withdraw as Attorney pursuant to LCrR 57.21 must be filed within 10 business days. (G,CA) (Entered: 06/25/2013) |
| 06/26/2013 | 🔒 | | (Court only) Staff Notes: Attorney Haralambos D. Mihas admitted to practice in this court June 25, 2013 re: Notice Regarding Attorney Admission Status. (G,CA) (Entered: 06/26/2013) |
| 06/26/2013 | | 7 | Notice of Appearance of Attorney - Karen H. Phipps appearing for Addison R. Richardson (Phipps, Karen) (Entered: 06/26/2013) |
| 06/27/2013 | | | Attorney update in case as to Addison R. Richardson. Attorney Haralambos D. Mihas terminated. (B,CJ) (Entered: 06/27/2013) |
| 07/10/2013 | | | **IMPORTANT:** Notice [non-document] as to Addison R. Richardson. VIDEO Arraignment set for 7/24/2013 at 02:00 PM in Courtroom 224 before Magistrate Judge Vernelis K. Armstrong. (Counsel to notify client) (B,TM) Modified on 7/15/2013 to correct courtroom (B,TM). (Entered: 07/10/2013) |
| 07/11/2013 | | 8 | Writ of Habeas Corpus ad Prosequendum as to Addison R. Richardson Returned Unexecuted. (L,A) (Entered: 07/11/2013) |
| 07/15/2013 | | 9 | Notice of consent of defendant to attend Arraignment via video conference as to Addison R. Richardson. (B,TM) (Entered: 07/15/2013) |

| 07/24/2013 | | **Minutes of proceedings** [non-document] Arraignment as to Addison R. Richardson (1) Count(s) 1 and 2 held on 7/24/2013 before Magistrate Judge Vernelis K. Armstrong. Alissa Sterling for Government and Karen Phipps (retained) for defendant. Defendant previously signed consent to appear for arraignment by way of video. NOT GUILTY plea entered as to counts 1 and 2 of the Indictment. Motion deadline of 8/14/2013. The Court finds that the interest of justice served by granting this time outweigh the interest of the public and the defendant in obtaining a speedy trial such that the time is excluded from the Speedy Trial Act pursuant to 18 USC §3161(h)(7). Government moves for detention. Issue of detention moot as defendant currently being detained in the Southern District of Ohio on similar charges. In the event that defendant is released from the SD of Ohio, he may propose conditions of release in the NDOH. (Court Reporter: Tracy Spore) Time: 25 minutes. (B,TM) (Entered: 07/24/2013) |
|---|---|---|
| 07/24/2013 | 10 | **Order** of Detention as to Addison R. Richardson. Magistrate Judge Vernelis K. Armstrong on 7/24/2013. (B,TM) (Entered: 07/24/2013) |
| 07/24/2013 | 11 | Notice of Discovery Request as to Addison R. Richardson (Phipps, Karen) (Entered: 07/24/2013) |
| 07/24/2013 | | Case as to Addison R. Richardson no longer referred to Magistrate Judge Armstrong. (B,TM) (Entered: 08/14/2013) |
| 08/13/2013 | 12 | **Motion** to continue Motion Deadline by Addison R. Richardson. (Phipps, Karen) Modified on 8/13/2013: Erroneously indicated to be filed under seal. (M,L). Modi (Entered: 08/13/2013) |
| 08/14/2013 | | **Minutes of proceedings** [non-document] before Judge Jack Zouhary. Telephone Conference as to Addison R. Richardson held on 8/14/2013. Appearances: Karen Held Phipps and Alissa Sterling. Defendant's appearance waived by Counsel. The Court granted in part 12 Motion to continue. Motions due by 9/16/2013. Status Conference set for 9/16/2013 at 10:30 AM in Courtroom 209 before Judge Jack Zouhary. Counsel to contact the Court prior to 9/16/2013 to inform whether status hearing will be in person or by telephone. The time period is excluded from the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7) to provide defendant reasonable time to review the discovery, conduct any necessary investigations, and prepare any pretrial motions. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and the defendant in obtaining a speedy trial. (Time: 15 minutes.) (D,L) (Entered: 08/14/2013) |
| 08/14/2013 | 🔒 | (Court only) ***Excludable XT started as to Addison R. Richardson. (D,L) (Entered: 08/14/2013) |
| 09/05/2013 | 🔒 | (Court only) CJA 20 as to Addison R. Richardson submitted for payment by Mihas D. Hiralambos. (S,J) (Entered: 09/05/2013) |
| 09/12/2013 | | Notice [non-document] as to Addison R. Richardson. Status Conference now set for 9/16/2013 at 1:30 PM (not 10:30 AM) before Judge Jack Zouhary.(D,L) (Entered: 09/12/2013) |

| 09/16/2013 | | **Minutes of proceedings** [non-document] before Judge Jack Zouhary. Telephone Status Conference as to Addison R. Richardson held on 9/16/2013. Appearances: Karen Phipps for Defendant; Alissa Sterling for Government. Defendant's appearance waived by counsel. Firm Plea Deadline set 11/18/2013. Further Telephone Status Conference set for 11/18/2013 at 11:00 AM before Judge Jack Zouhary. Time until 11/18/2013 is deemed excludable in the interest of justice as more fully explained on the record. (Court Reporter: Angela Nixon) Time: 15 minutes. (D,L) (Entered: 09/16/2013) |
|---|---|---|
| 09/16/2013 | 🔒 | (Court only) ***Excludable XT started as to Addison R. Richardson. (D,L) (Entered: 09/16/2013) |
| 09/19/2013 | | CJA 20 as to Addison R. Richardson: Authorization to Pay Haralambos D. Mihas by Judge Jack Zouhary on 9/19/2013. (D,L) (Entered: 09/19/2013) |
| 11/05/2013 | 13 | **Motion** to continue by Addison R. Richardson. (Phipps, Karen) (Entered: 11/05/2013) |
| 11/06/2013 | 14 | **Marginal Entry Order** granting 13 Motion to Continue as to Addison R. Richardson (1). Phone status set for 11/18/2013 vacated. Firm Plea deadline now 12/20/2013. Status Hearing now set for 12/20/2013 at 10:00 AM. NO FURTHER EXTENSIONS. Counsel to contact the Court prior to 12/20/2013 to inform whether status hearing will be in person or by telephone. The time period is excluded from the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7) to provide defendant reasonable time to review the discovery, conduct any necessary investigations, and prepare any pretrial motions. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and the defendant in obtaining a speedy trial. Judge Jack Zouhary on 11/6/2013. (D,L) (Entered: 11/06/2013) |
| 11/06/2013 | 🔒 | (Court only) ***Excludable XT started as to Addison R. Richardson. Related Document 14 . (D,L) (Entered: 11/06/2013) |
| 12/18/2013 | | **IMPORTANT:** Notice [non-document] as to Addison R. Richardson vacating Status Hearing set for 12/20/2013 at 10:00 AM. Consent to Transfer to Southern District of Ohio for Plea and Sentence Pursuant to Fed. R. Crim. P. 20 forthcoming. (D,L) (Entered: 12/18/2013) |
| 01/14/2014 | 15 | Consent to Transfer Jurisdiction (Rule 20) to Southern District of Ohio. Counts closed as to Addison R. Richardson (1) Count 1,2. (D,L) (Entered: 01/14/2014) |