**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
PROBATION OFFICE

U.S. COURTHOUSE
85 MARCONI BLVD., ROOM 504
COLUMBUS OH 43215-2398
(614) 719-3100

January 30, 2014

Karen H. Phipps, Esq.
283 S. Third Street
Columbus, Ohio 43215
karen@khphippslaw.com

Heather A. Hill, Esq.
303 Marconi Blvd., Ste. 200
Columbus, Ohio 43215
heather.hill@usdoj.gov

RE:  Addison Richardson
     2:13CR105
     3:13CR293

Dear Counsel:          **DISCLOSURE NOTIFICATION**

The presentence investigation ordered in the above case will be completed and the initial presentence report will be sent to you via encrypted email on March 6, 2014.

You and/or your client have until March 27, 2014 to communicate objections to United States Probation Officer Beth A. Harris 719-3100 so that any objections may be resolved informally. Please forward any objections directly to the probation officer rather than filing the objections electronically with the clerk's office.

It is suggested that you and your client may want to review the report with the Probation Officer. The Probation Office has found that this often brings immediate resolution of a number of objections. The final presentence investigation report will be sent to the Court and the parties by April 17, 2014.

When the "final presentence report" is sent to the Judge, you will receive two copies even if there are no changes. The final presentence report will have addenda and certification and will be the official report used by the Court at the time of sentencing and sent to the Court of Appeals, if necessary.

Unauthorized copying or disclosure of the information contained in any draft or final presentence report, addendum, statement, or attachment to such a report is prohibited.

Very truly yours,

John S. Dierna, Chief
U.S. Probation Officer

CC: Defendant
    Clerk of Courts - Andy Quisumbing