Exhibit 2

Matthew 18:6
But whoever causes one of these little ones who believe in me to sin, it would be better for him to have a great millstone fastened around his neck and to be drowned in the depth of the sea.
D▮▮▮ grew up with many friends. He was creative, charismatic, passionate, loving, and respectful. Throughout his life he remained very close to me. He never swayed from being very open, concealing no secrets. He would question things in life that often children his age would not dare ask or be willing to discuss. He was very opinionated. These are the qualities I cherished in him!!! D▮▮▮ was the kind of person to offer a helping hand anytime he was needed. D▮▮▮ always had a twinkle in his eye growing up and was very optimistic. His sense of humor always kept a smile on faces of those around him.
Suddenly D▮▮▮ was not that person. He wanted to sleep all the time. He cried continuously. When asked or approached, D▮▮▮ would lash out in anger. He would yell, talk back, and continuously rebel against those around him. I would find myself begging him to talk to me or anyone he felt comfortable with. He started to have trouble at school. He would manipulate situations to create arguments. One could visually see the torture of which he was experiencing. He wouldn't eat. He would have periods of panic or extreme anxiety.
As his mother, I had had enough. This sudden change had taken over about a 4-6 month period. I prayed that something could be done, I feared that he would give up completely. I decided at that time to take his phone. The messages that I found sickened me. I discussed the issue immediately with D▮▮▮. D▮▮▮ was so ashamed that he hesitated to tell me the entire truth. I knew deep in my heart that something was amiss. Not long after is when our families lives were turned upside down!!
FBI agents presented themselves at our door and by the end of the day the puzzle pieces fell into place.
D▮▮▮ later explained to me how he no longer felt he could trust anyone. He said that he no longer could have the open and honest relationship with me because he felt he had let me down. He was deeply ashamed and embarrassed.
This one event has brought forth a catalyst of emotions. It is an overwhelming struggle for D▮▮▮. He has had to endure therapy with our Pastor. He has had to speak of things that many adults would be too embarrassed to speak of let alone a child. Most of all, he now goes through periodic blood tests and the mental anguish of wondering if he will be stricken with HIV or AIDS.
So to you Addison Richardson, I pray that each and everyday that you are in prison that you realize that your ONE decision of LUST and SELFISHNESS has RUINED the lives of not just one person but the lives of several people around you, including yourself!!!

I pray that you realize the true evil you possess to prey on a child of any age who is completely vulnerable in any way. I pray for the hurt you have created for your own family. I pray that God gives them the peace that they need. I pray that God blesses them with complete understanding.

There is NO punishment harsh enough for what you took from our family, and it is not my place to vocalize what I feel you TRULY deserve. I respect the courts decision and it is my prayer that the maximum sentence is delivered.

Kari ▮▮▮▮
Mother of D▮▮▮ ▮▮▮▮▮▮▮